IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK J. ELLERBE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **THE UNITED STATES GOVERNMENT OFFICE** | : | **NO. 14-5135** |
| **OF PERSONNEL MANAGEMENT** | : | |

## ORDER

AND NOW, this 15 day of September, 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

WILLIAM H. YOHN, JR., J.